☑ MOTION HEARING

☐ PRETRIAL CONFERENCE

☐ OTHER

Case No **1:24-cv-321**　　**QPG Fountain Apartments LLC** v. **Asset Living, LLC et al**

PRESENT: Honorable **Mike Dumitru**　　☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

**Matthew Evans**

Attorney(s) for Plaintiff(s)

**Michael Johnson**

Attorney(s) for Plaintiff(s)

**Courtney Williams**

Attorney(s) for Defendant(s)

Attorney(s) for Defendant(s)

**Ashley Williams**

Courtroom Deputy

**DCR 4**

Court Reporter

PROCEEDINGS:

Hearing [52] MOTION to Compel, [54] MOTION to Compel Subpoena, and [58] Motion to Amend. Order to enter.
I, Ashley Williams, CERTIFY the official record of this proceeding is an audio file. Chatt DCR 1-24-cv-321_20251124_144801

TESTIMONY BY: _____

TRIAL SET: _____

Time: **3:00** to **4:05**　　　　　　　Date: **11/24/2025**

_____ to _____

_____ to _____

_____ to _____

REV 7/14